353 A.2d 35

**Elmer E. FERREE and Nellie R. Ferree, his wife, Appellees,**

v.

**Carl R. ZAPPA et al.**

**Appeal of William BRYAN, Individually and t/d/b/a Bryan Realty Company.**

Supreme Court of Pennsylvania.

Argued Oct. 8, 1974.

Decided March 17, 1976.

Maurice A. Nernberg, Jr., Pittsburgh, for appellant.

Irvin S. Bails, Pittsburgh, for appellees.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Decree affirmed.   Costs on the appellant.